14:06 AUG 16, 2005   TO: FELICIA KING     FR: GARY JONES            #23718  PAGE: 1/2



Chugach Electric Association, Inc.
5601 Minnesota Drive     PO Box 196300
Anchorage, AK 99518      Anchorage, AK 9519

# Fax Cover Page

| | |
|---|---|
| To: | Felicia King |
| Company : | |
| Fax Number : | **3386901** |
| Phone Number : | |
| From : | Gary Jones |
| Fax Number : | **762-4678** |
| Phone Number | **762-4646** |
| Time Sent : | **Tuesday, Aug 16, 2005  02:06PM** |
| Pages : | 2 |
| Description : | Verification Letter |

Exhibit A