2. Pets and animals: Tenants shall not keep or permit a dog, cat, or any other animal, bird or fish to be kept in or about the Apartment.

3. Lessee shall not violate any municipal, state or federal law in or about the Apartment.

4. All Lessee's shall have the right of quiet enjoyment of our community. To help us achieve this goal, lessee agrees to observe the following rules:
   A. Lessee's and their guests shall not make or permit any disturbing noises, including screaming or loud arguing, which, in the sole discretion of the Manager, unreasonably interfere with the rights, comforts, or convenience of other residents.
   B. Lessee's and their guests shall keep the volume of any radio, television, stereo, or musical instrument in their apartment sufficiently low at all times so as not to disturb other residents in the building. The volume of noise that constitutes a violation of this rule shall be left to the sole discretion of the Manager.
   C. Residents may not conduct any vocal or instrumental instruction in their apartments.
   D. Exercise equipment, Nordic Tracks, and treadmills, are not to be used before 7:00 A.M. or after 10:00 P.M., as it violates the quiet, peaceful enjoyment of the other residents in the building. The noise level that constitutes a violation of this rule shall be left to the sole discretion of the Manager.
   E. Any violation of these noise rules and other residents' right of quiet enjoyment, including repeated minor violations of these rules, is a direct violation of the lease and can result in an eviction.

5. No alterations, additions, or improvements are to be made to the Apartment.

6. Lessee shall not sublet the Apartment, or any part, thereof, or assign this agreement without the Lessor's written consent.

7. Any failure, by Lessee, to pay rent or other charges promptly when due, or to comply with any other term or condition herein, shall at the option of the Lessor immediately terminate this tenancy. Rents are due on the first day of each month. If Lessee fails to pay said rent on or before the 4th of any month, unless noted otherwise, a late charge of $25.00 will be due in addition to the monthly rent. Eviction proceedings will be initiated promptly if the rent is not paid.

8. The Lessor shall pay for all water, sewer, and garbage pick-up supplied to the said premises. The Lessee shall pay for all electricity, gas, television, and telephone supplied to the Apartment. Failure to have the utilities connected will be considered a breach of the Lease.

9. Lessee is responsible for garbage placement at designated areas and days.

Exhibit B