*Barbara Rio,*
*Felicia King*

# UHS Good Samaritan, LLC.

4105 Tudor Centre Drive, Suite B-6
Anchorage, AK 99577
(907) 565-4000  Fax (907) 565-40

12/15/05

To whom it may concern

Ms. Felicia King has been evaluated by me and needs a 3-bedroom apartment. This is due to her traumatic brain injury sustained in 1985, where she sustained a loss of spatial integration capability. She will need the additional space to assist with this disability. Also her on has Aspergers Disorder and requires therapeutic space.

Sincerely,

*[signature]*

Booker Evans, MD.

Exhibit C