

## Community Health Center of Burlington, Inc.
617 Riverside Ave., Ste. 200 • Burlington, VT 05401-1601 • (802) 864-6309 (TDD) • Fax (802) 860-4324

8/11/02

To Whom it may concern;

Felicia King  4/27/60  needs a 3 bedroom apt for herself and her son. She reports a significant head injury in 1985 with subsequent memory loss + loss of spacial reasoning. She needs more space to be able to organize her possessions in sight, otherwise she is not able retrieve things put away. Her son is autistic and also requires a lot of space.

Thank you

L024 - Interval...
Avirait Re

Exhibit D