

**In alliance with
The University of Vermont**

June 30, 2005

Ms. Felicia King
97 Fairmont Place
Burlington, VT 05401

RE: Lewis Deans
DOB: 03/28/86
MRN: 12627733

To Whom It May Concern:

This letter is regarding Lewis Deans. Mr. Deans has been a patient at our office for several years. He has several diagnoses including Asperger's syndrome, obstructive sleep apnea, obesity and depression. His present medical regimen includes Zoloft 100 mg daily. He also has a CPAP machine that he uses at home for his sleep apnea.

Sincerely,

Garry Weischedel, M.D.
South Burlington Family Practice

GW/lmt

Exhibit E

---

**SOUTH BURLINGTON FAMILY PRACTICE**    1775 Williston Road  S. Burlington, VT  05403   802.847.8500
**BERLIN FAMILY HEALTH**   130 Fisher Road  Suite 3-1  Berlin, VT  05602   802.225.7000
**COLCHESTER FAMILY PRACTICE**   PO Box 35  170 Blakely Road  Colchester, VT  05446   802.847.2055
**MILTON FAMILY PRACTICE**   28 Centre Drive  Milton, VT  05468   802.847.4322