**FOR: Deans, Lewis**        **DATE: 03/28/2006** 11:16 AM    **Chart #: 0000003847**

DIAGNOSIS:
1. Obstructive Sleep Apnea with sleepiness #780.53    The diagnostic AHI =26 , with a total of 64 respiratory related arousals  making the RDI =44.7. The AHI =77.6 in REM and increased to 36.3  in the supine position. The lowest oxygen desaturation was 81%.    The apneas, hypopneas, snoring and sleep fragmentation were resolved with CPAP titration at 10
    cm of pressure.   There was significant hypoxemia and sleep fragmentation associated with the sleep apnea. Untreated sleep apnea is associated with a 40% probability of developing high blood pressure.  There is a much higher risk of congestive heart failure, heart attacks, and strokes in untreated sleep apnea patients.  It is estimated that the risk of stroke is higher for a patient with untreated sleep apnea, than for a patient with high cholesterol.   The usual risk of a motor vehicle accident is 0.5% per year.  With untreated Sleep Apnea, the risk is increased 3 times. This translates to 1 accident every 8 years. In the hospital after surgery, it can cause heart irregularities and oxygen trouble.  These are serious complications that can be prevented by effective treatment of sleep apnea. He   has not been on treatment for several months and needs to restart. He is aware of the significance of this.
2. GERD - Esophageal Reflux  #530.81     He has some symptoms about 3 times a week and he would most probably benefit from a daily prescription medication.

**CURRENT MEDICATIONS (BEFORE ANY CHANGES NOTED BELOW)**
none

INSTRUCTIONS:
Comprehensive Office Consultation: Moderate Complexity  CPT#99244

1. You need to be on treatment for your sleep apnea.
2.  You have sleep apnea and need a mask to control the upper airway.  This mask pressurizes the upper airway and keeps it from collapsing so you can breath.  It is important that you use the mask all night every night from the very start.  If you have trouble sleeping, call me.  Do NOT expect to sleep normally for the first 2 weeks.  It is likely you will awaken several times a night initially. You may need to adjust the mask some.  This usually resolves after a few weeks, and 80-90% of patients are doing well with the mask by the end of 6 weeks. Make a commitment to yourself and to your family to wear this mask as directed.
3. Begin a trial of Ambien 10 mg 1 pill at bedtime to help with sleep.  This is a rapid onset but only 4 hour duration sleeping pill.  It is safe with very little effect on breathing.
4. Your history suggests you have trouble driving due to sleepiness.  Patients who are sleepy are very dangerous.  The effect of 4 hours sleep loss is similar to drinking and driving.  Long term sleep loss has been shown to increase your risk of an accident by 25 times over normal risk.  You should NOT drive if you are sleepy.  Correction of any sleep problems may resolve this issue.
5. Begin taking Provigil (Modafinil) 200 mg 1 pill each AM.  This medication activates your body's normal awake centers.  It should stop any daytime sleepiness.  You may need to take 1 pill or increase the dose to 2 pills each AM depending on your response to the medication.   Rare side effects include fluttering feelings in the heart, anxiety, confusion, or headache. It should be used with caution in patients with liver or kidney disease.
6. Begin Prevacid 30mg 1 pill daily before the evening meal  to stop acid production. After 6 weeks, if you have no symptoms of heartburn, then you may try cutting back this medication to 1 pill every other day.

LABORATORY TESTS:
1. Patient will be set up equipment through: Alaska Sleep Clinic : he will set up appointment with Michelle to get a new mask and have his machine looked at.

Exhibit F