

**BRIEFING STATEMENT
AND FAMILY OBLIGATIONS**

Client Name: _Felicia King_    Client No.: _35 2527_    Voucher Bedroom Size: _2_

### Program Information
- I received a copy of the Housing Choice Voucher. I understand I must meet all the "Obligations of the Family" listed in the voucher, plus those contained in this form.
- I received an AHFC Briefing Packet. I understand it contains a *Participant Handbook*, a *Landlord Handbook*, *Landlord Papers*, and other important information about the voucher program.
- I understand that my name will be withdrawn from all other AHFC voucher waiting lists when I begin receiving assistance.

### Finding a Unit
- I must return the completed *Landlord Papers* (located in the Briefing Packet) and a copy of the owner's lease to schedule my Housing Quality Standards (HQS) inspection.
- I must tell the landlord the date and time of the HQS inspection and attend it with my landlord.
- Until the unit passes HQS, AHFC will not subsidize my rent; any rent owed is my responsibility.
- If I pay utilities, the utilities must be in my name.
- I may not pay more rent than what the lease requires.
- My security deposit cannot exceed what is allowed by the Alaska Landlord/Tenant Act.
- I may not have a financial interest in the unit I rent. I may not rent from an immediate family member unless AHFC grants an exception as a reasonable accommodation for a disability.
- I will not receive assistance for more than one (1) unit at a time.
- AHFC may release names of my previous known landlords to prospective landlords if requested.
- The rent for the unit I choose cannot be higher than rents for similar units.

### Reporting Changes to AHFC
- I must report and verify changes in income within **ten (10) business days** of the change.
- Except for birth or adoption, I may not add anyone to my household without prior written approval **from my landlord and AHFC.** I must report and verify household changes within **ten (10) business days** of the change.
- I must give AHFC a copy of any notices given to or received from the landlord.
- I must notify AHFC of a change in mailing address or telephone number within **ten (10) business days** of the change.

### Absences from My Unit and Moves
- My entire family cannot be absent from my unit for more than 30 consecutive days without prior written approval by AHFC.
- I may not move during my initial lease term unless the landlord and I sign a "Mutual Termination Agreement." I must complete a new lease term before AHFC will allow me to move a second time.
- I may move only once every 12 months without prior approval from AHFC.
- If I want to move within the state or "port" to another state, I must meet with AHFC and obtain documents before moving. I must continue to honor my lease agreement or risk losing assistance.

Exhibit C

