**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ 0.39 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.64 |

Postmark Here — ANCHORAGE AK CONT. STA. NO 5 — FEB 16 2006 — USPS

7005 1140 0000 2255 5900

Sent To: Discovery Luxery Tom & D_____
Street, Apt. No.; or PO Box No.
City, State, ZIP+4: 99____

PS Form 3800, June 2002    See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

ANCHORAGE, AK 99518

| Postage | $ 0.39 | UNIT ID: 0535 |
| Certified Fee | 2.40 | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | MAR 9 2006 |
| Total Postage & Fees | $ 2.79 | 03/09/06 |

7005 1160 0001 9503 8392

Sent To: Discovery Luxery
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002    See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

ANCHORAGE, AK 99501    OFFICIAL USE

| Postage | $ 0.39 | UNIT ID: 0510 |
| Certified Fee | 2.40 | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here — ANCHORAGE AK 99510 — MAR 28 2006 — Clerk KRB6Z1 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 2.79 | |

7005 1820 0000 1057 7209

Sent To: Steven L _____

Exhibit H