FEBRUARY 1, 2006

DISCOVERY LUXURY RENTAL
7401 FOXRIDGE WAY #B
ANCHORAGE, AK 99518

DEAR DEANNA:

I WROTE A LETTER IN SEPT 2005, AND I REQUESTED A POSSIBLE TRANSFER OF APARTMENT. I ALSO STATED THAT THE BEDROOM WAS NOT CONDUSIVE FOR SLEEPING, IN THAT IT WAS FAR BEYOND A NOISE LEVEL FOR NORMAL SLEEPING HABITS. I ASKED COULD SOMEONE OIL THE DOOR. WELL I HAVE N'T GOT USED TO IT. IT STILL INTERUPTS SLEEP. IT JERKS MY NEUROLOGICAL SYSTEM. I AM SLEEPY DURING THE DAY FOR SLEEP LOST. THIS IS ONE OF THE LOUDEST GARAGE DOORS IN THE COMPLEX AND IT REALLY SOUNDS LIKE A ROLLER COASTER. THE COLD AND THE STIFFNESS MAKES THE EXTREMELY LOUD NOISE EVEN MORE TO THE FAR EXTREME. IS THERE SOME OIL, OR CAN THE DOOR BE SLOWED OR CHECKED TO LOWER THE NOISE LEVELS?

I WOULD APPRECIATE, SOMEONE SEEING IF THEY CAN LESSEN THE NOISE LEVELS, SO THAT IT DOESN'T VIOLENTLY JOLT ME FROM SLEEPING. I AM ALSO LOOKING INTO SOME EARPLUGS TO SEE IF THAT WOULD HELP, SO ONLY THE HEAVY VIBRATION IS FELT.

THANKS FOR LOOKING INTO THIS

FELICIA KING

Exhibit 1