February 15, 2006

Dear Mr. Robbins

I received your notice on the door 2-15-06 and this notice seemed totally opposite of the Conversation we had earlier this week. In which I stated I had talked to a representative from the company and she said this was a service you provided for the Tenants. From our conversation, it did not seem like it was a matter of life and death, Being that you have received my rent regularly. Also I never gave you any indication that
I was trying to escape from paying the bill. So I was surprised you associated a $258 Bill with eviction. If it is your priority for me to move rather than work out any kind of agreement then I will not cause you any problems in this respect. From our phone conversation there was no indication that the matter was that urgent. And as with any New tenant trying to find heat this Winter, it is not uncommon for some level of outstanding bills. Since the winter is almost over if this $258 is the worst of it. Then I Did good. I've had bills bigger than that, however I was allowed some level of agreement. It is your choice to make an agreement or not, or treat me like I am a dead Beat you must evict. I hope this attitude has nothing to do with me asking the Garage Door to be oiled because I have not gotten use to it. Because that would be retaliatory, and unfair. Especially if the tenant has not caused any other problems and just do not want to be jolted out of her sleep by a Loud Garage Door. The other garage doors seem To be way more condusive to the quiet the lease indicates these apartments are.
 I will call the electric Company because she said after the State and I paid a portion she would put it back in my name. So I will see what can be done on this end, so that this does not happen in the near. Future. Anyway I do not have $258 in 5 days, but here go A check for $50, until I see what is going on with the electric company.

Felicia King

Exhibit 5