MARCH 8, 2006
DISCOVERY LUXURY APARTMENTS

Dear Deanna and Mr. Robbins:

THIS IS IN REFERENCE TO THE ELECTRIC BILL AND CHUGACH ELECTRIC COMPANY. THEY WANT SEVERAL HUNDRED DOLLARS BEFORE THE ELECTRIC IS TURNED BACK INTO MY NAME. HAD I KNOWN OF AN AGREEMENT BETWEEN THE LANDLORD OR MANAGEMENT AND THE ELECTRIC COMPANY I COULD HAVE PROBLABLY AVOIDED THIS. I WAS TOLD BY DEANNA THAT THE BILLS RAN $50 TO $60 DOLLARS PER MONTH ESTIMATES. AND I KNOW SHE HAD NO WAY OF KNOWING ANY TENANT LIFESTYLE. STILL THE BILLS ARE FAR BEYOND WHAT I EXPECTED AND MAY BE OUT OF AFFORDABILITY FOR ME BEING ON A FIXED INCOME, AS MY INCOME IS LOW ENOUGH FOR US TO QUALIFY FOR SUBSIDIZED HOUSING. AND THE BILLS ARE RUNNING MORE THAN HALF OF WHAT I PAY FOR, IN RENT.

I AM ON A BUDGET AND CAN NOT AFFORD TWO HUNDRED DOLLARS IN ADDITION TO RENT. ALTHOUGH I HAVE EVERY INTENTION OF PAYING THE WINTER BILLS, AS IN WARMER WEATHER, I KNOW THEY WILL LESSON. SO IN ALL PROBABILITY THE MAJORITY OF THE BILLS WILL BE PAID BY THE END OF THIS LEASE. ALSO I WILL SEEK SERVICES FROM SAFE CITY TO ASSIST ME. SINCE I ALSO HAVE TO PAY THE ELECTRIC COMPANY IN ADDITION TO DISCOVERY LUXURY MANAGEMENT ON THE BILL, THS PRESENTS A TWO FOLD PROBLEM. AGAIN I HAD NO WAY OF KNOWING THE BILLS OR HOW CHUGACH ELECTRIC COMPANY OPERATED IN REFERENCE TO BILLS.

IF THERE IS GREAT CONCERN ABOUT THE BILLS BEING PAID BY THE END OF THIS LEASE, WHAT COULD INSURE ALL THE MONIES ARE PAID IS A MUTUAL AGREEMENT TO END THE LEASE A MONTH OR TWO EARLIER. AND SINCE NO RENT WILL BE PAID IN THIS MONTH OR TWO, IT CAN GO TOWARDS ANY OUTSTANDING BILLS WITH YOU AND THE ELECTRIC COMPANY. AS I SAID I WILL CONTINUE TO PAY SOMETHING EVERY MONTH TO WORK THE BILL DOWN, AND GO TO SAFE CITY. THIS IS A MATTER OF AFFORDABILITY AND NOTHING ELSE. I HAVE TO LOOK AT WHAT IT TAKES FOR MY SON AND I TO LIVE ON A FIXED INCOME. EVENTHOUGHT DEPISE MOVING OR GIVING UP THIS LOCATION, I HAVE NO CHOICE, BECAUSE NOW I KNOW I CAN NOT AFFORD IT, WITHOUT SUFFERING IN OTHER WAYS. IT WOULD BE PREFERED THAT MUTUAL TERMINATION OF THE LEASE OCCURS AT THE END OF JUNE 2006. THAT REALLY IS CLOSE TO END OF THE LEASE ANYWAY AND IS ENOUGH TIME TO WORK ON THE BILL. AND JULY AND AUGUST RENT CAN GO TOWARDS THE BILLS ALONG WITH ANY SECURITY DEPOSIT MONEY LEFT.

THANK YOU FOR YOUR UNDERSTANDING IN THIS MATTER AND I HOPE THIS DOES NOT POSE ANY LEVELS OF INCONVENIENCE ON YOUR PART. MY CONCERN IS PARTING ON MUTUALLLY AGREEABLE TERMS WITHOUT ANY OUTSTANDING BILLS OR CONCERNS.

Exhibit K

FELICIA KING
LEWIS DEANS KING