**Discovery Luxury Rentals LLC**
7401 Foxridge Way #B
Anchorage, AK 99518
344-3300

Payment Reciept

3/3/2006

King, Felica

310 E W.76th Ave
Anchorage, Ak. 899518
441-2641cell

| TransID | Date | Description | Remark | Amount |
|---|---|---|---|---|
| 16098 | 3/1/2006 | Rent Charged | march | ($766.00) |
| 16167 | 3/1/2006 | parking charged | | ($100.00) |
| 16328 | 3/2/2006 | Rent Received | 322469AHFC | $419.00 |
| 16395 | 3/3/2006 | Rent Received | 0050 | $397.00 |
| 16396 | 3/3/2006 | Parking received | 0050 | $100.00 |

Summary for 'TenantID' = 159 (5 detail records)

$50.00

Friday, March 03, 2006

Exhibit 1

Page 1 of 1