RECEIVED

MAR 3 1 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Felicia King ) Lewis Dean
(Name)
310 W. 76th Ave Apt E — Mailing 205 E. Dimond BLVD
(Address)                              Anchorage, AK 99515
Anchorage, AK 99518
(City, State, Zip)
Telephone: 441-28-41

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

Felicia King  Lewis King Deans )
                                )
        Plaintiff                )
                                ) Case No. 3:06-CV-00071 (TMB)
        vs                       )
                                ) APPLICATION TO WAIVE
Discovery Luxury Rentals LLC    ) FILING FEE
Managers - Deanna Robbin        ) (Non-Prisoner)
Managers Ton Robbins            )
Owners & Investors.             )
        Defendant(s)             )
                                )

I, Felicia King and Lewis Deans, state under penalty of perjury that I am the plaintiff in this case. I am unable to pay the fees for this proceeding or give security because of my poverty. The type of case I am filing is: _____
and I believe I am entitled to the relief I am requesting. I agree that if I am granted this application to waive the filing fee in this case, a portion of my recovery, as directed by the court will be paid to the Clerk of the Court for reimbursement of all fees and costs incurred by me in the case. In support of this application, I make the following statement under penalty of perjury.

1.   I am not presently incarcerated. **[If incarcerated, use the "Prisoner Form"]**

2. Marital Status: Single ☑  Married ☐  Divorced ☐  Separated ☐
   a. Do you pay alimony or support?    Yes ☐  No ☑
      Do you receive alimony or support?    Yes ☐  No ☑
      . If either answered yes, state the amount paid or received monthly: _____
   b. Dependents:    Spouse ☑  Children ___ (number)  Other _1_ (number)
      The names [for minor children use initials only] and ages of my dependent children are:
      ___Lewis Dews King___ Age 20
      _____ Age ___
      _____ Age ___
      _____ Age ___

   Name [for minor child use initials only], age, relationship and basis of dependency of dependent other than child or spouse
   _____ Age ___ Relationship _____
   Basis of dependency: _____

3. Are you presently employed?    Yes ☐  No ☑
   a. If yes, what is your    Gross Income $ 965 Monthly  Net Income _____
      Weekly ☐  Bi-Weekly ☐  Semi-Monthly ☐  Monthly ☑  (Check One)
      Employer: ___Non-employed___
                        (Name)
      Address ___non employed___ Telephone _____
              (Street, City, State)
      Nature of    Part Time ☐  Full Time ☐  Temporary ☐  Seasonal ☐
      Length of employment _____
   b. If no, date of last employment ___N/A___
      Former Employer ___NA___
                             (Name)
      Address ___NA___ Telephone _NO_
              (Street, City, State)
      What was your    Gross Income ___NO___ Net Income _____
      Weekly ☐  Bi-Weekly ☐  Semi-Monthly ☐  Monthly ☐  (Check One)
      Nature of    Part Time ☐  Full Time ☐  Temporary ☐  Seasonal ☐
      Length of employment _____

4. Is your spouse employed?   Yes ☐   No ☑
   If yes, what is his/her:   Gross Income __NO__   Net Income __NO__
   Weekly ☐   Bi-Weekly ☐   Semi-Monthly ☐   Monthly ☐   (Check One)
   Employer: __NO__
             (Name)
   Address __NO__ Telephone __NO__
      (Street, City, State)
   Nature of Employment: Part Time ☐   Full Time ☐   Temporary ☐   Seasonal ☐
   Length of employment __NO__

5. Do you receive public assistance or unemployment benefits?   Yes ☑   No ☐
   (If yes, provide the following information)
   a. I have been on public assistance ☑  and/or received unemployment benefits ☐
      since __Aug 2005__
          (Month/Day/Year)
   b. I am receiving __$362__ for myself and a household of __1__ (number)
      Weekly ☐   Bi-Weekly ☐   Semi-Monthly ☐   Monthly ☑   (Check One)

6. In the past 12 months have you received money from any of the following sources?
   a. Business, profession or self-employment   Yes ☐   No ☑
      If yes, state amount received _____
      Do you expect to receive any future income from this source?   Yes ☐   No ☑
      If yes, state the amount you expect to receive and when it is expected to be received.
      Amount: __NO__  Expected Receipt: __NO__
   b. Rental, interest or dividends (not PFD)   Yes ☐   No ☑
      If yes, state amount received __₹ NO__
      Do you expect to receive any future income from this source?   Yes ☐   No ☑
      If yes, state the amount you expect to receive and when it is expected to be received.
      Amount: __NO__  Expected Receipt: __NA__
   c. Pension, annuity or life insurance payments   Yes ☐   No ☑
      If yes, state amount received _____
      Do you expect to receive any future income from this source?   Yes ☐   No ☑

If yes, state the amount you expect to receive and when it is expected to be received.

Amount: _____ Expected Receipt: _____

d. SSI, Disability or worker's compensation   Yes ☑  No ☐

If yes, state amount received  $603 Monthly

Do you expect to receive any future income from this source?   Yes ☑  No ☐

If yes, state the amount you expect to receive and when it is expected to be received.

Amount: _____ Expected Receipt: _____

e. Gift or inheritance   Yes ☐  No ☑

If yes, state amount received _____

Do you expect to receive any future gift or inheritance?   Yes ☐  No ☑

If yes, state the amount you expect to receive and when it is expected to be received.

Amount: _____ Expected Receipt: _____

f. Any other source   Yes ☐  No ☑

If yes, state amount received  N/A

Describe  None  Not Applicable

Do you expect to receive any future income from this source?   Yes ☐  No ☑

If yes, state the amount you expect to receive and when it is expected to be received.

Amount: _____ Expected Receipt: _____

7. List all members of your household who have received the Alaska PFD in the past year.

  NONE
  None

8. State the amount of cash (coin and currency) you have  $20

9. Do you have a checking account?   Yes ☑  No ☐

If yes, current balance  $200   Account No. _____

Bank:  Alaska Federal Credit Union
  (Name and Branch)
  Anchorage, AK
  (Street, City, State)

10. Do you have an IRA, CD, savings or money market account?   Yes ☐  No ☑

If yes, current balance _____ Account No. _____

Financial Institution: __Alaska Federal Credit Union__
(Name and Branch)

_____
(Street, City, State)

11. Do you own an automobile or other motor vehicle?   Yes ☐   No ☑
   a. Make: __N A__   Year _____   Model __N A__
   b. Current Value _____
   c. Is it financed?   Yes ☐   No ☑   Balance owed: _____

12. Do you own any real property?   Yes ☐   No ☑
   a. If yes, describe __No Vehicle whatsoever__

   _____

   _____

   _____

   b. Current Value __N/A__
   c. Is it financed?   Yes ☐   No ☑   Balance owed: _____

13. Do you own any stocks, bonds, securities, financial instruments?   Yes ☐   No ☑
   a. If yes, describe _____

   b. Current Value _____

14. Do you own any other personal property?   Yes ☐   No ☑
   (If yes list each asset or item of property and give the value of each)
   a. __Jewelry__                                                  Value __$300__
   b. _____  Value _____
   c. _____  Value _____
   d. _____  Value _____
   e. _____  Value _____
   f. _____  Value _____
   g. _____  Value _____

15. Have you transferred, given away, or placed any property in the name of any other person during the past two years?    Yes ☐   No ☒    (If yes provide details)

   a. Property _____

   _____

   b. Value _____    Transferred to _____

   c. Reason: _____

   _____

## Declaration Under Penalty of Perjury

I hereby declare under penalty of perjury under the laws of the United States of America that the above information is true and correct.

Dated: March 31, 2006

_____
Signature of Applicant