\*\*\*  REC 2005210   163029 H7ED3AE0 ~~N3IE~~  CIPQYAB    PQAB    (F-N3I )   \*\*

SOCIAL SECURITY ADMINISTRATION

                                        Date: July 29, 2005
                                        Claim Number: 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A
                                                                   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DI

FELICIA M KING
205 E DIMOND BLVD
SUITE 112
ANCHORAGE AK 99515-1909


You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Supplemental Security Income Payments

   Beginning August 2005, the current
   Supplemental Security Income payment is...............$ 579.00

   This payment amount may change from month to month if income or living situation changes.

   Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

Type of Supplemental Security Income Payment Information

   You are entitled to monthly payments as a disabled individual.


*[handwritten: Exhibit 1]*