IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FELICIA KING & LEWIS DEANS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DISCOVERY LUXURY RENTALS, LLC, et al.,<br><br>　　　　Defendants. | Case No. 3:06-cv-00071-TMB<br><br>ORDER REGARDING<br><u>WAIVING THE FILING FEE</u> |

　　　　Felicia King and Lewis Deans, representing themselves, have filed a civil rights complaint, along with an application to waive the $250 filing fee in this case.[1] Because they did not **each** provide full and complete financial information on **separate applications**, however, the Court has insufficient information. The Court must have full and complete information about each party's financial status to make a decision about fees, and it has developed a form to obtain all the information it needs.

---

　　　　[1] *See* Docket Nos. 1, 3.

Mr. Deans will be allowed to file an additional application on the enclosed Court form. Mr. Deans is reminded to answer **all** questions on the application fully, completely and directly, or the application will be denied. If a question does not apply, answer "N/A"; otherwise answer "yes" or "no", check all applicable boxes, fill in all blanks, and provide complete information as requested. The form must be **signed** and **dated**.

**IT IS HEREBY ORDERED** that:

1. Ms. King's request to waive payment of fees, at docket number 3, is DENIED as filed on its own; however, the Court will review her application, along with a separate application from Mr. Deans, and make a decision regarding fees from information supplied separately from both plaintiffs, as explained in this order.

2. If Ms. King and Mr. Deans decide to proceed with this action, Mr. Deans shall file a separate application to waive the filing fee **on the enclosed form**, as explained in this Order, or pay the Court's $250.00 filing fee on, or before **May 8, 2006**; otherwise this action will be dismissed without further notice.

3. The Clerk of Court is directed to send form PS11, Application to Waive the Filing Fee, with instructions, to Mr. Deans with this Order.

4.  In the alternative, Ms. King and Mr. Deans may file the enclosed notice of voluntary dismissal, without prejudice, on or before **May 8, 2006**.

5.  The Clerk of Court is directed to send form PS09, Notice of Voluntary Dismissal, to Ms. King and Mr. Deans with this Order.

6.  Ms. King and Mr. Deans shall provide the Court with the original, plus one complete and legible copy, of every paper they submit for filing, as required by this Court's Local Rule 5.1(b).

7.  No further action will be taken on the pending motion for appointment of counsel, at docket number 4, until Ms. King and Mr. Deans fully comply with this Order.

DATED this 6th day of April, at Anchorage, Alaska.

/s/TIMOTHY M. BURGESS
United States District Judge