Name: Lewis Deans
Mailing Address, Zip: 205 E. Dimond Blvd #112, Anchorage AK 99515
Telephone: (907) 344-5151

RECEIVED
MAY 0 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Lewis Deans-King, Felicia King
  Plaintiff,

vs.

Discovery Luxury LLC
Tom & Deanna Robbins (Managers)
  Defendant(s).

**APPLICATION TO WAIVE THE FILING FEE**
**(Non-Prisoner)**

CASE NO. 3:06-CV-00071 TMB
(To be supplied by the Court)

I, Lewis Deans, state under penalty of perjury that I am the plaintiff in this case. I am unable to pay the fees for this proceeding or give security because of my poverty. The type of case I am filing is Civil Rights, and I believe I am entitled to the relief I am requesting. I agree that, if I am granted this application to waive the filing fee in this case, a portion of any recovery, as directed by the Court, will be paid to the Clerk of Court for reimbursement of all fees and costs incurred by me in the case. In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☐ Yes  ☑ No  **(If "Yes" USE PRISONER FORM)**

2. Marital status: ☑ Single  ☐ Married  ☐ Divorced  ☐ Separated

   a. If separated or divorced, do you ☐ **pay** child support or alimony, or ☐ **receive** any child support, alimony or other form of maintenance? If not, check: ☐ No

   If yes to either question, state monthly amount paid: n/a OR state monthly amount received: n/a

   b. Dependants: ☐ Spouse  ☐ Children # n/a  ☐ Others # n/a

   List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their **monthly** support (and **for minor children, use initials only**).

   Name: N/A  Age: ___
   Name: ___  Age: ___
   Name: ___  Age: ___
   Name: ___  Age: ___

3. Are you presently employed?  ☐ Yes  ☑ No

   a. **If the answer is "Yes,"** provide the following information:

   Gross: $ N/a  Net: $ n/a  salary/wages per ☐ month ☐ week (chose one)

   Employer's name, address & telephone: N/a

   Nature of employment: n/a

   How long employed by present employer: n/a

   b. **If you are not presently employed,** provide the following information:

   Date of last employment: ___/___/___ (month/day/year)

   Former employer's name, address & telephone: N/a

   Gross: $ N/a  Net: $ N/a  salary/wages per ☐ month ☐ week (chose one)

   Nature of employment: _____

4. Is your spouse employed?  ☐ Yes  ☑ No  N/a

   **If the answer is "Yes,"** provide the following information:

   Gross: $ n/a  Net: $ n/a  salary/wages per ☐ month ☐ week (chose one)

   Employer's name, address & telephone: N/a

   Nature of employment: n/a

   How long employed by present employer: n/a

5. Are you receiving public assistance or unemployment benefits?  ☑ Yes  ☐ No

   a. I have been on ☑ public assistance and/or have received ☐ unemployment benefits since: 07/28/05 (month/day/year).

   b. I am receiving $ 362  ☑ monthly / ☐ weekly for myself and my household of _____ (number).

6. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☑ No
   b. Rent payments, interest or dividends (not PFD)   ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☑ No
   d. Disability or worker's compensation payments    ☑ Yes   ☐ No
   e. Gifts or inheritances                           ☐ Yes   ☑ No
   f. Any other sources                               ☐ Yes   ☑ No

   If the answer to any of the above is "Yes," describe each source and state the amount and when received, **and** what you expect you will continue to receive.

   n/a

7. List all members of your household, including yourself, who received the Alaska Permanent Fund Dividend within the last twelve months, and the amount(s):

   N/a

8. Do you have **any** cash?   ☐ Yes   ☑ No

   State the total amount and location(s): n/a

9. Do you have any checking account(s)?   ☐ Yes   ☑ No

   a. Name(s) and address(es) of bank(s): N/a

   b. Present balance(s) in account(s): N/a

10. Do you have any savings/IRA/money market/CDs' separate from checking accounts?   ☐ Yes   ☑ No

    a. Name(s) and address(es) of bank(s): n/a

    b. Present balance(s) in account(s): ____

11. Do you own an automobile or other motor vehicle?   ☐ Yes   ☑ No

    a. Make: ____   Year: ____   Model: ____

     b.     What is its current value?   $ _____

     c.     Is it financed?   ☐ Yes   ☒ No   N/a

     d.     If so, what is the amount owed?   $ __n/a__

12. Do you own any real estate, stocks, bonds, securities, other financial instruments or other valuable property?   ☐ Yes   ☒ No

If "Yes," describe the property and state its value: __N/a__

13. Do you have any other assets or personal property other than clothing?   ☐ Yes   ☒ No

If "Yes," list the asset(s) and state the value of each asset listed: __N/a__

14. Have you placed any property, assets or money in the name or custody of anyone else in the last two years?   ☐ Yes   ☒ No

If the answer is "Yes," give the date, describe the property, assets or money, give the name of the person given custody of the item, and the reason for the transfer: __N/a__

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the above information is true and correct.

Executed on: __3/5/06__   __Lewis Dean__
                     DATE                      SIGNATURE OF APPLICANT