Felicia King
Name 310 W. 76th Ave #E
Anchorage AK 99515
Address

_____
Telephone Number

RECEIVED
MAY 0 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

Felicia King / Lewis Deans

**Plaintiff/Petitioner,**          CASE NO. 3:06-CV-00071 TMB

vs, Discovery Luxury
Tom & Deanna Robbins-Managers          **MOTION FOR APPOINTMENT**
Steven L. Jones Aba No.9511102 Defendants     **OF COUNSEL**

**Defendant/Respondent.**

Plaintiff/Petitioner moves this Court for appointment of counsel. Plaintiff/Petitioner

makes this request for the reason that s/he is financially unable to retain an attorney and

requires the assistance of counsel.

This motion is supported by the Financial Affidavit in Support of Request for

Attorney attached hereto.

Dated: 3/31/06          Felicia King / Lewis Deans
                              Plaintiff/Petitioner

Appt. Counsel
Effect. 5/97

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☑ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

**IN THE CASE OF**

Felicia King v.s. Discovery Luxury

| FOR | |
|---|---|
| AT | |

**LOCATION NUMBER**

---

**PERSON REPRESENTED** (Show your full name)

Felicia King
Lewis Deans

| | |
|---|---|
| 1 ☐ | Defendant—Adult |
| 2 ☐ | Defendant - Juvenile |
| 3 ☐ | Appellant |
| 4 ☐ | Probation Violator |
| 5 ☐ | Parole Violator |
| 6 ☐ | Habeas Petitioner |
| 7 ☐ | 2255 Petitioner |
| 8 ☐ | Material Witness |
| 9 ☑ | Other  Plaintiff |

**CHARGE/OFFENSE** (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

**DOCKET NUMBERS**
Magistrate
3:06-CV-0071 TMB
District Court
3:06-CV-0071 TMB
Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed? ☐ Yes  ☑ No  ☐ Am Self-Employed

Name and address of employer: N/a

IF YES, how much do you earn per month? $ N/a

IF NO, give month and year of last employment N/a
How much did you earn per month? $ n/a

If married is your Spouse employed? ☐ Yes  ☑ No

IF YES, how much does your Spouse earn per month? $ N/a

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED
603
$ 362 A'

SSI LD
Public Assistance

SOURCES
FK 603 362

**CASH**

Have you any cash on hand or money in savings or checking accounts? ☑ Yes ☑ No FK  IF YES, state total amount $ 35

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☑ No

IF YES, GIVE THE VALUE AND $ DESCRIBE IT

VALUE  n/a

DESCRIPTION

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☑ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: l

List persons you actually support and your relationship to them
Lewis Deans

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

---

I certify under penalty of perjury that the foregoing is true and correct.  Executed on (date)  3/31/06

**SIGNATURE OF DEFENDANT** (OR PERSON REPRESENTED) ▶  Felicia King, Lewis Deans