IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FELICIA KING and<br>LEWIS DEANS,<br><br>    Plaintiff,<br><br>vs.<br><br>DISCOVERY LUXURY<br>LLC, et al.,<br><br>    Defendants. | Case No. 3:06-cv-00071-TMB<br><br>ORDER DENYING APPLICATION<br><u>TO WAIVE FILING FEE</u> |

  On March 31, 2006, Felicia King and Lewis Deans, representing themselves, filed a civil rights complaint, along with an application by Ms. King to waive the former $250 filing fee in this case.[1]  Because they did not each provide full and complete financial information about their individual income and assets on separate applications, however, the Court required Mr. Deans to file an application showing his own income and assets.[2]

---

  [1] *See* Docket Nos. 1, 3.  The filing fee has since gone up to $350.

  [2] *See* Docket No. 5.

Ms. King and Mr. Deans, however, have not made an adequate showing of poverty. Their applications show monthly income of $1935.[3]  This is above the guidelines used by this Court in waiving the filing fee.

**Therefore, IT IS HEREBY ORDERED** that:

1. Ms. King and Mr. Deans' applications to waive the filing fee in this case, are DENIED;

2. Ms. King and Mr. Deans must pay the Court's former $250.00 filing fee on or before **June 9, 2006**, or this action will be dismissed without further notice; and

3. No decision will be made regarding the motion for appointment of counsel until Ms. King and Mr. Deans fully comply with this Order.

DATED this 15th day of May, 2006, at Anchorage, Alaska.

/s/TIMOTHY M. BURGESS
United States District Judge

---

[3] See Docket No. 3 (Ms. King states that her monthly income is $965), and Docket No. 7 (Mr. Deans states that his monthly income is $970).  Ms. King and Mr. Deans listed the same address with the Court. Their combined monthly income of $1935, for a household of two, is above that used by the Court in granting a waiver of the filing fee.