IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FELICIA KING and<br>LEWIS KING DEANS,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>DISCOVERY LUXURY RENTALS,<br>LLC, et al.,<br><br>　　　　Defendants. | Case No. 3:06-cv-00071-TMB<br><br><u>ORDER OF DISMISSAL</u> |

　　　Felicia King and Lewis Deans, representing themselves, filed a civil rights complaint, along with an application by Ms. King to waive the former $250.00 filing fee in this case.[1] Because they did not each provide full and complete financial information about their individual income and assets on separate applications, however, the Court required Mr. Deans to "file a separate application to waive the filing fee **on the enclosed form**, as explained in this Order, or pay the Court's $250.00 filing fee on, or before **May 8, 2006**"[2]

---

[1] *See* Docket Nos. 1, 3.  The filing fee has since gone up to $350.00.

[2] Docket No. 5 at 2.

C:\Temp\notes06E812\~2891749.wpd

Once Mr. Deans filed his separate application, the Court found that "Ms. King and Mr. Deans, however, have not made an adequate showing of poverty. Their applications show monthly income of $1935.[3] This is above the guidelines used by this Court in waiving the filing fee."[4] The Court ordered the plaintiffs, to pay the filing fee by June 9, 2006.[5] To date, the Deans have not complied with the Court's order and have filed nothing further in this case.

**IT IS THEREFORE ORDERED** that:

This action is DISMISSED without prejudice.

DATED this 20th day of June, 2006,  at Anchorage, Alaska.

/s/TIMOTHY  M.  BURGESS
United States District Judge

---

[3] See Docket No. 3 (Ms. King states that her monthly income is $965), and Docket No. 7 (Mr. Deans states that his monthly income is $970).  Ms. King and Mr. Deans listed the same address with the Court. Their combined monthly income of $1935, for a household of two, is above that used by the Court in granting a waiver of the filing fee.

[4] Docket No. 9 at 2.

[5] *See id.*