**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

FELICIA KING and
LEWIS KING DEANS,
      Plaintiffs,

                            Case Number 3:06-00071-TMB

v.

DISCOVERY LUXURY RENTALS, LLC
et al.,
      Defendants.            **JUDGMENT IN A CIVIL CASE**

___  **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT this action is DISMISSED without prejudice.

APPROVED:

_____
/s/TIMOTHY M. BURGESS
United States District Judge

_____
Date: June 20, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                                             Ida Romack, Clerk of Court

[king&deans judgment.wpd]{JMT2.WPT*Rev.3/03}